JS-6

Robert D. Dennison, State Bar No. 127498
**TRAUB LIEBERMAN STRAUS & SHREWSBERRY LLP**
626 Wilshire Boulevard, Suite 800
Los Angeles, California 90017
Telephone:  (213) 624-4500
Facsimile:  (213) 624-0820
E-Mail: rdennison@traublieberman.com

Attorneys for Plaintiff,
**STATE NATIONAL INSURANCE COMPANY**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| STATE NATIONAL INSURANCE COMPANY,<br><br>            Plaintiff,<br><br>     vs.<br><br>DAVID LLOYD DIAZ dba L C D CONSTRUCTION; LCD DEVELOPMENT, INC., a California Corporation; and  DOES 1 to 100, Inclusive,<br><br>            Defendants. | Case No.: CV 13-07650 RSWL (VBKx)<br><br>**ORDER DISMISSING PLAINTIFF'S COMPLAINT WITHOUT PREJUDICE PURSUANT TO STIPULATION** |
|---|---|

The parties having stipulated that the above-captioned action be dismissed without prejudice pursuant to FRCP 41(a)(1), with each party to bear its own costs,

///

///

///

1  IT IS ORDERED that:
2      Plaintiff's complaint in the above-captioned action is dismissed without
3  prejudice, with each party to bear its own costs.
4
5
6  Dated: 8/21/14       RONALD S.W. LEW
7       Honorable Ronald S.W. Lew
8       Senior U.S. District Judge

ORDER DISMISSING PLAINTIFF'S COMPLAINT WITHOUT PREJUDICE
PURSUANT TO STIPULATION